# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2132

_____

| | | |
|---|---|---|
| Susan M. Crouch, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jo Anne B. Barnhart, Commissioner, | * | Eastern District of Arkansas. |
| Social Security Administration, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: August 1, 2006
Filed: August 8, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Susan M. Crouch appeals the district court's[1] decision upholding the Commissioner's denial of her application for disability insurance benefits and supplemental security income after a hearing before an administrative law judge, and after the Appeals Council denied review. Having reviewed the record, we find the Commissioner's final decision is supported by substantial evidence on the record as

_____

[1]The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

a whole.  See Harris v. Barnhart, 356 F.3d 926, 928 (8th Cir. 2004) (standard of review).

Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.

_____